**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
CASE NO. 8:21-CV-1000-CEH-JSS

ELOISE VERGA,

    Plaintiff,

v.

UNIFIRST CORPORATION,

    Defendant.

_____/

**<u>JOINT NOTICE OF SETTLEMENT</u>**

Plaintiff, **ELOISE VERGA**, ("Plaintiff"), and Defendant, **UNIFIRST CORPORATION,** ("Defendant"), (collectively, the "Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case. The Parties are in the process of finalizing the Settlement documents and request for dismissal with prejudice and will file same within fourteen (14) days.

Dated this 16th day of November, 2022.

***(This space left intentionally blank)***

1

2

| | |
|---|---|
| */s/ Noah E. Storch* <br> Noah E. Storch, Esq. <br> Florida Bar No. 0085476 <br> RICHARD CELLER LEGAL, P.A. <br> 10368 W. State Road 84, Suite 103 <br> Davis, FL  33324 <br> Tel. (866) 344-9243 <br> Fax (954) 337-2771 <br> noah@floridaovertimelawyer.com <br><br> *Counsel for Plaintiff* | */s/ C. Claire Engel* <br> Ignacio J. Garcia, Esquire <br> Florida Bar No. 423440 <br> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. <br> ignacio.garcia@ogletree.com <br> Stephanie C. Generotti, Esquire <br> Florida Bar No. 112924 <br> stephanie.generotti@ogletree.com <br> C. Claire Engle, Esquire <br> Florida Bar No. 1012313 <br> claire.engle@ogletree.com <br> 100 North Tampa Street, Suite 3600 <br> Tampa, Florida 33602 <br> Telephone: (813) 289-1247 <br> Facsimile: (813) 289-6530 <br><br> *Counsel for Defendant* |