# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ELOISE VERGA,

     Plaintiff,

v.                                                    Case No: 8:21-cv-1000-CEH-JSS

UNIFIRST CORPORATION,

     Defendant.

_____

### ORDER

     The Court has been advised by Plaintiff's Notice of Resolution (Doc. 26) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

     **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

     **DONE** and **ORDERED** in Tampa, Florida on November 13, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties